# SEALED 

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Mag. No. 3:09M00079 |
| A red 2004 Chevrolet, 2-door Monte Carlo, VIN # 2G1WX12K349237760, Virginia License plate "GUS 8" | **S E A L E D** |

## O R D E R

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 9th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE